UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD INTERNATIONAL MANAGEMENT, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SALVATORE BIUNDO and WESTHAMPTON RESTAURANT GROUP LLC (d/b/a HAMPTONS STANDARD),<br><br>*Defendants*. | 2:19-cv-05419-SJF-SIL |

**CONSENT PERMANENT INJUNCTION, JUDGMENT AND DISMISSAL**

NOW ON THIS 2nd day of December 2019, Plaintiff Standard International Management, LLC ("Standard") and Defendants Salvatore Biundo and Westhampton Restaurant Group LLC (collectively "Defendants"), by and through their undersigned counsel, have stipulated to entry of the following findings, judgment and permanent injunction:

WHEREAS, Standard is the owner and registrant of the following United States Federal Trademark Registrations for the STANDARD and STANDARD-formative marks (collectively, the "STANDARD Marks"):

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| **THE STANDARD** | 2,272,545 | August 24, 1999 | **Class 42:** Hotel, restaurant, bar, cafe, cocktail lounge, providing banquet and social function facilities for special occasions, catering, barbershop and beauty salon services, personal valet and parking valet services, providing meeting and convention room facilities, providing motion |

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| | | | picture screening room facilities and computer and on-line access facilities. |
| STANDARD | 2,293,007 | November 16, 1999 | **Class 42:** Hotel, restaurant, bar, cafe, cocktail lounge, providing banquet and social function facilities for special occasions, catering, barbershop and beauty salon services, personal valet and parking valet services, providing meeting and convention room facilities, providing motion picture screening room facilities and computer and on-line access facilities. |
| THE STANDARD GRILL | 3,736,628 | January 12, 2010 | **Class 43:** Restaurant, bar, cafe and cocktail lounge services. |
| The Standard (inverted logo) | 3,830,438 | August 10, 2010 | **Class 43:** Hotel, restaurant, bar, cafe, cocktail lounge services; providing banquet and social function facilities for special occasions; catering services, and providing meeting and convention room facilities for non-educational conventions.<br><br>(Registration also covers goods and services in Classes 16, 18, 25, 37, 38, 39, 41 and 44). |
| THE STANDARD BIERGARTEN | 4,076,627 | December 27, 2011 | **Class 43:** Restaurant and bar services |
| BIERGARTEN (logo) | 4,080,224 | January 3, 2012 | **Class 43:** Restaurant and bar services. |
| THE STANDARD BEER GARDEN | 4,199,523 | August 28, 2012 | **Class 43:** Restaurant and bar services. |

2

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| CAFÉ STANDARD | 4,502,942 | March 25, 2014 | **Class 43:** Restaurant services |
| STANDARD BURGER | 4,682,903 | February 3, 2015 | **Class 30:** Hamburger sandwiches |
| STANDARD INTERNATIONAL | 4,724,634 | April 21, 2015 | **Class 35:** Hotel, restaurant, night club, bar, cafe, cocktail lounge and music venue management services for others<br><br>**Class 41:** Entertainment in the nature of music, performances, artistic displays, cabaret and nightclub entertainment; entertainment services provided by hotels in the nature of music, performances, artistic displays, cabaret and nightclub entertainment; entertainment services provided in hotels, restaurants and night clubs in the nature of music, performances, artistic displays, cabaret and nightclub entertainment; nightclub services<br><br>**Class 43:** Services for providing food and drink; temporary accommodation; restaurant services; bar, café, cocktail lounge services; providing banquet and social function facilities for special occasions; catering services; hotels; the provision of hotel accommodation; hotel reservation services; the provision of information relating to the foregoing services online from a computer database, the Internet, telecommunications or via any other media, also known |

3

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| | | | as providing information and advice on hotels and restaurants |
| **STANDARD BRAUHAUS** | 4,905,887 | February 23, 2016 | **Class 32:** Beer |
| **STANDARD BAR** | 5,350,832 | December 5, 2017 | **Class 43:** Bar and restaurant services |

WHEREAS, Standard's registrations for the STANDARD Marks are valid and subsisting, and operate as *prima facie* evidence of Standard's ownership of the marks and its exclusive right to use the marks in United States commerce;

WHEREAS, in July 2019, Defendants opened a restaurant located in Hamptons Bay, New York under the mark STANDARD, and actively used the STANDARD mark in various forms to market, offer, and sell their goods and services;

WHEREAS, on September 10, 2019, Standard commenced this civil action against Defendants in the United States District Court for the Southern District of New York alleging federal trademark infringement in violation of the Federal Trademark Act, 15.U.S.C. § 1114; federal unfair competition in violation of the Federal Trademark Act, 15 U.S.C. § 1125(a); deceptive trade practices in violation of New York law, N.Y. G.B.L. §§ 349 AND 350, and trademark infringement under New York common law (the "Civil Action");

WHEREAS, on September 24, 2019, the Civil Action was transferred to the United States District Court for the Eastern District of New York and assigned Case No. 2:19-cv-05419-SJF-SIL;

WHEREAS, the parties have agreed to resolve the Civil Action and have stipulated to the Court's entry of this Consent Judgment,

## IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1) This Court has personal jurisdiction over Defendants. This Court has jurisdiction over the subject matter of this Action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338 and 1367.

2) The parties have stipulated that a permanent injunction and final consent judgment shall be and is hereby entered.

3) Defendants acknowledge that Standard is the owner and registrant of the STANDARD Marks, and that the Marks and the registrations for the Marks are valid, subsisting, and enforceable.

4) Defendants shall not challenge in any United States court, or before any United States governmental or administrative agency, Standard's ownership and/or right to the use or register the STANDARD Marks anywhere in the United States.

5) Defendants and their principals, agents, directors, officers, employees, representatives, subsidiaries, divisions, successors, and all persons in active concert, privity or participation with each of the foregoing, shall be and are hereby PERMANENTLY ENJOINED from manufacturing, selling, offering for sale, or distributing products or services or promotional material that displays any of the STANDARD Marks, or any colorable imitation thereof, in connection with Defendants' goods and services.

6) The parties waive the right to appeal from the entry of this Consent Judgment.

7) Each party shall bear its own costs and attorneys' fees, except as otherwise stated in the settlement agreement between the parties.

8) The Court hereby retains jurisdiction to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties. Except as otherwise provided herein, this action is voluntarily dismissed pursuant to Rule 41.

Respectfully Submitted,

Dated: December 2, 2019

**DEWEY PEGNO & KRAMARSKY LLP**

_____
David S. Pegno
777 Third Avenue – 37th Floor
New York, New York 10017
Tel.: (212) 943-9000
Fax: (212) 943-4325
Email: dpegno@dpklaw.com

*Attorneys for Plaintiff Standard International Management, LLC.*

**ANCONA LEVINE ATTORNEYS**

_____
Vincent J. Ancona, Esq.
220 Old Country Road
Mineola, NY 11501

*Attorneys for Defendants Salvatore Biundo and Westhampton Restaurant Group LLC*

SO ORDERED, this _____ day of _____, 2019.

_____
Judge Sandra J. Feuerstein
United States District Court Eastern District of New York